Certificate Number: 16339-PAE-DE-038989248

Bankruptcy Case Number: 24-13684



16339-PAE-DE-038989248

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 22, 2024, at 12:42 o'clock PM EDT, Diane Harvey completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 22, 2024          By:   /s/Kelley Tipton

                                                              Name:  Kelley Tipton

                                                              Title:  Certified Financial Counselor